**Travis Wayne TUBBLEVILLE, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 42464.**

Court of Criminal Appeals of Texas.

Nov. 19, 1969.

Rehearing Denied Jan. 14, 1970.

Jack Hazlewood, Amarillo, for appellant.

Tom Curtis, Dist. Atty., Amarillo, Hugh Russell, Asst. Dist. Atty., Amarillo, and Jim Vollers, State's Atty., Austin, for the State.

OPINION

MORRISON, Judge.

The offense is possession of burglary tools by a convicted felon; the punishment,

one year in the Texas Department of Corrections.

This is a companion case to Logan v. State, 448 S.W.2d 462 this day decided. Although all of the grounds of error set out in Logan are not present here, our disposition of Logan supports our conclusion here and need not be restated.

Finding no reversible error, the judgment is affirmed.